

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In the interest of S.M.B., a child,
      \* From the 326th District Court
        of Taylor County,
        Trial Court No. 8743-CX.

No. 11-18-00068-CV
      \* July 26, 2018

      \* Memorandum Opinion by Willson, J.
        (Panel consists of: Willson, J.,
        Bailey, J., and Wright, S.C.J., sitting
        by assignment)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.